FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★   FEB 0 8 2005   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LIAN,

                     Plaintiff,

         -against-

SUFFOLK COUNTY,

          Defendant.

-----------------------------------------------------------X

ORDER OF DISCONTINUANCE

CV   03-6140      

               WEXLER, J.

     The parties having reported to the Court that the above action has been settled, it is

     ORDERED, that this action is hereby discontinued without costs and without prejudice.[1]

SO ORDERED:

Dated: Central Islip, New York
       February 8, 2005

                          /s/
                         LEONARD D. WEXLER
                  UNITED STATES DISTRICT JUDGE

---

[1]Pending submission of final Stipulation and Order.